1138-15

# ELECTRONIC RECORD

COA #    10-15-00044-CR

OFFENSE: Aggravated Sexual Assault of a Child-Cts 1&2; Indecency with a child by contact-Cts 4&5

STYLE: Danny Xavier Reynoso v. The State of Texas

COUNTY:    McLennan

TRIAL COURT:    54th District Court

TRIAL COURT #:    2013-387-C2

TRIAL COURT JUDGE:    Hon. Matt Johnson

DISPOSITION:    Affirmed

_____ MOTION

FOR REHEARING IS:

DATE:

JUDGE:

DATE:    August 13, 2015

JUSTICE:    Chief Justice Gray        PC ____ S __ X ____

PUBLISH: _____    DNP:   X ____

CLK RECORD:    April 2, 2015

RPT RECORD:    April 6, 2015

STATE BR:    June 26, 2015

APP BR:    April 29, 2015

SUPP CLK RECORD:

SUPP RPT RECORD:

SUPP BR:

PRO SE BR:

# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD

CCA # __ 1138-15 ____

----------------------

APPELLANT'S Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/04/2015

JUDGE: _Per Curiam_

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____